ACCEPTED
06-15-00121-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/18/2015 1:08:21 PM
DEBBIE AUTREY
CLERK

## NO. 06-15-00121-CR

| | | |
|---|---|---|
| BILLY JOE SELl\1AN | § | IN THE |
| | § | |
| VS. | § | SIXTH COURT |
| | § | |
| STATE OF TEXAS | § | OF APPEALS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/18/2015 1:08:21 PM
DEBBIE AUTREY
Clerk

### MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes BILLY JOE SELMAN, Appellant in the above styled and numbered cause, and moves this COUli to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the County Court at Law of HILL County, Texas.

2. The case below was styled as STATE OF TEXAS vs. BILLY JOE SELMAN, and numbered M0890-14.

3. Appellant was convicted of Evading Arrest or Detention.

4. Appellant was assessed a sentence eight months in the Hill County Law ntorcemeltlt Celiter on May 1    15.

Notice of appeal was given on June 23, 2015.

The clerk's record was filed on August 15 2015. The reporter's record was filed on August 26, 2015.

7. The appellate brief is presently due on September , 2015.

8. Appellant requests an extension of time of 60 days from the present date, i.e. November 24, 2015.

9. No extension to file the brief has been received in this cause.

10. Defendant is currently in custody and has a pending Felony charge.

11. Appellant relies on the following facts as good cause for the requested extension:

Counsel has just completed two Felony trials in Johnson County and is preparing for two other felony trial cases and one misdemeanor trial.

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

RICARDO DELOSSANTOS
202 S. MAIN
CLEBURNE, TX 76033
Tel: (817) 558-3885
Fax: (817) 641-2525


By: /s/ Ricardo De Los Santos
    Ricardo De Los Santos
    State Bar No. 00792456
    E-Mail: abogado98@aol.com
    Attorney for BILLY JOE SELMAN

## CERTIFICATE OF SERVICE

This is to certify that on September 18, 2015, a true and correct copy of the above and foregoing document was served on the County Attorney's Office, Hill County, by fax.

_____
/s/ Ricardo De Los Santos
Ricardo De Los Santos

**STATE OF TEXAS** §
§
**COUNTY OF JOHNSON** §

## AFFIDAVIT

**BEFORE ME,** the undersigned authority, on this day personally appeared

Ricardo De Los Santos, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled

cause. I have read the foregoing Motion To Extend Time to File

Appellant's Brief and swear that all of the allegations of fact contained

therein are true and correct"



*lsi* Ricardo De Los Santos
Ricardo De Los Santos
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on _____, 201 __ to certify

which witness my hand and seal of office.

Notary Public, State of Texas